THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILAS SHULER, Appellant. [703 NYS2d 406] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Scudder, Balio and Lawton, JJ. (Filed Jan. 31, 2000.)